**Order entered November 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00966-CV

### IN THE MATTER OF L.W., A JUVENILE

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-01485-W**

## ORDER

Before the Court is appellant's November 19, 2019 second motion for an extension of time to file his brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on November 19, 2019 filed as of the date of this order.

/s/      BILL WHITEHILL
JUSTICE